# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Penny Scheer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Zimmer, Inc.; Zimmer Holdings, Inc.; | ) | |
| Zimmer Orthopaedic Surgical Products, | ) | |
| Inc.; ZImmer Surgical, Inc.; Zimmer | ) | |
| Production, Inc.; and Zimmer US, Inc., | ) | |
| | ) | Case No. 1:15-cv-012 |
| Defendants. | ) | |

Before the court is a motion for attorney Charles R. Houssierre III to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Charles R. Houssierre III has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 3) is **GRANTED**. Attorney Charles R. Houssierre III is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2015.

                                                      */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr.
                                                     United States Magistrate Judge